# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re<br>Michael C. Cole<br>Pamela A. Cole<br>           Debtor(s). | Case No. **16-13101**<br><br>Chapter 13<br><br>**NOTICE OF SATISFACTION OF PROOF OF CLAIM #11-2** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that JP Morgan Chase Bank, National Association is canceling the debt related to the Proof of Claim filed on 11/28/2016 and assigned as Claim number 11-2 and considers the Proof of Claim as satisfied as of the date of this Notice. Chase will be releasing the lien on the mortgage loan and canceling the mortgage balance. Accordingly, any future disbursements on Claim number 11-2 should cease at this time. Any monies received after the date of this notice will be returned to the sender.

Dated: March 29, 2018

Respectfully submitted,
Bonial & Associates, P.C.


/s/ John Rafferty
John Rafferty
14841 Dallas Parkway, Suite 300
Dallas, TX 752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized agent for JP Morgan Chase Bank, National Association

**CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM**

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 30th day of March, 2018 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
**Michael C. Cole**
**Pamela A. Cole**
619 Main St.
Antioch, IL 60002
LAKE-IL

**Debtors' Attorney**
**David M Siegel**
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847 520-8100
Email: davidsiegelbk@gmail.com

**Chapter 13 Trustee**
**Glenn B Stearns**
801 Warrenville Road Suite 650
Lisle, IL 60532
630-981-3888

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

    /s/ John Rafferty
    John Rafferty